# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **JEREMY SCOTT MITCHEM,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:21-cv-00839-RDP-SGC |
| **JESSE MCKINNEY,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Defendants filed Special Reports that the court has construed as motions for summary judgment. (Docs. 32, 54, 55, 57). The Magistrate Judge entered a Report and Recommendation on September 1, 2023, recommending the court grant Defendants' motions for summary judgment. (Doc. 72). The parties were advised of their right to file specific written objections within 14 days. (Doc. 72). Plaintiff, Jeremy Scott Mitchem, requested the court extend his time to object until September 28, 2023. (Doc. 73). The court granted that motion in part, extending Mitchem's time to object until September 25, 2023. (Doc. 74). Mitchem's deadline to object has expired, but the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. (Doc. 72). Consistent with that recommendation, the court finds that Defendants' motion for summary judgment is due to be granted.  A final judgment will be entered.

**DONE** and **ORDERED** this September 27, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE